**1473 HAYDEN vs. HEFFERAN (Admr.), No. 13978½.**

To compel respondent to pay the interest on a judgment for costs recovered against the estate.

Order to show cause denied January 22, 1894, on the ground that the application should have been made to the Circuit Court.

**1474 HAYDEN vs. HEFFERAN (Admr.), No. 13985, 99 M., 262. (Certiorari to Kent.)**

To compel respondent to pay interest on a judgment for costs in relator's favor, on appeal from the probate of a will. The Circuit Court denied the writ.

Reversed and writ granted March 6, 1894, with costs.

Respondent contended that this is not such a judgment as bears interest, and that if it is, no interest can be computed previous to the date of taxation of the costs.

Held, that the judgment for costs bears interest from the date of its rendition.

**1475 SMITH ET AL. vs. BURTON (Guardian), 48 M., 643.**

To compel a guardian to pay a claim against his ward which the Probate Court had adjudged valid.

Order to show cause denied June 14, 1882.

Held, that the proceeding must be by action.

**1476 EYKE (City Treasurer, Muskegon) vs. LANGE (Cashier Merchants' National Bank), No. 12551; 90 M., 592; 104 M., 26.**

To compel respondent to pay taxes on shares of bank stock assessed against stockholders.

Denied March 11, 1892, with costs.

Affirmed on rehearing ordered by the court, June 4, 1895.